IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Kanesha Jamal Thomas, | ) | C/A No.: 3:10-cv-02254-JFA |
| | ) | |
| Plaintiff, | ) | ORDER FOR SUBMISSION |
| vs. | ) | OF DISCOVERY STATUS REPORT |
| | ) | |
| Equifax Information Services, LLC, Credit Central, Inc., | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

  Each party to this action is requested to complete and file with the Clerk the attached Discovery Status Report within fourteen (14) days from the date of this order.[1]

  IT IS SO ORDERED.

February 7, 2011              Joseph F. Anderson, Jr.
Columbia, South Carolina          United States District Judge

---

[1] The Discovery Status Report called for by this order takes the place of the Discovery Telephone Status Call referenced in the court's scheduling order.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

|  |  |  |
|---|---|---|
|  | ) | C/A No.: |
|  | ) |  |
| Plaintiffs, | ) |  |
| vs. | ) | DISCOVERY STATUS REPORT |
|  | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |
| _____ | ) |  |

Party Submitting Report:_____

1. Are the parties on track to complete discovery on or before the discovery deadlines set forth in the most current scheduling order?

    ❒ Yes
    ❒ No

2. Indicate the date on which the first set of interrogatories were (or will be) served on your opponent:_____

3. Indicate the date on which the first deposition was (or will be) scheduled:
    _____

4. Indicate what discovery remains to be completed in this case:
    _____
    _____
    _____

Date:_____                    _____
                                                                                Signature

                                                                                _____
                                                                                Printed Name and Fed. Bar No.

                                                                                _____
                                                                                Party Represented